Melvin A. Hildebrand, Plaintiff-Appellee, v. Catherine E. Hildebrand, Defendant-Appellant.

Gen. No. 66–121.

Fifth District.

October 24, 1967.

Chapman, Strawn & Kinder, of Granite City, for appellant; Emerson Baetz, of Alton, for appellee. Opinion by JUSTICE GOLDENHERSH. **Not to be published in full.**